# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1987
_____

PHILLIP KESSLER,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
Martin A. Fitzpatrick, Judge.

March 21, 2019


PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and RAY and WINOKUR, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Phillip Kessler, pro se, Appellant.

Ashley B. Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.